UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROMONA YVETTE KENNARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-0122-G-BT |
| THE STATE OF TEXAS, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED**, and this case is **DISMISSED** without prejudice.

The Clerk shall transmit to the parties a true copy of this Judgment and the Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

February 23, 2022.

_____
A. JOE FISH
Senior United States District Judge